JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHEN INTERNATIONAL, INC. DBA HYDRO CLOTHING, a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FOX HEAD, INC., a California corporation, et al.,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-03318-FMO-PLA<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(A)(2)]** |

# ORDER

The parties having so stipulated, IT IS HEREBY ORDERED THAT the Complaint dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 16, 2014                             /s/   Fernando M. Olguin          .
                                                UNITED STATES DISTRICT JUDGE